O/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN E. WILLIAMS, *et al.*, | Case No. CV 13-7759 GW (JCG) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF LOS ANGELES COUNTY, *et al.*, | |
| Defendants. | |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: June 19, 2015

                              HON. GEORGE H. WU
                        UNITED STATES DISTRICT JUDGE